IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DONNIE LAWRENCE and
DEBRA LAWRENCE                                             PLAINTIFFS

VS.                                                        NO. 1:17CV103-GHD-RP

CHARLES D. MELTON and
WILEY SANDERS TRUCK LINES, INC.                            DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

CAME ON this day for hearing the joint *ore tenus* motion of Plaintiffs, Donnie Lawrence and Debra Lawrence, through counsel, who moves this Court to dismiss all claims against the Defendants, Charles D. Melton and Wiley Sanders Truck Lines, Inc., in the above referenced civil action in their entirety, with prejudice. The Court, having considered the motion, noting the agreement of the parties and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-referenced civil action filed by Plaintiffs, Donnie Lawrence and Debra Lawrence, against the Defendants, Charles D. Melton and Wiley Sanders Truck Lines, Inc., shall be and hereby is dismissed in its entirety, with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiffs, Donnie Lawrence and Debra Lawrence, and the Defendants, Charles D. Melton and Wiley Sanders Truck Lines, Inc., shall be responsible for the payment of their own respective attorneys' fees, expenses and costs in this civil action.

SO ORDERED AND ADJUDGED, this the 29th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

_____
Ken A. Weeden, Esq. (MSB #10147)
*Counsel for Plaintiffs*


_____
M. Garner Berry, Esq. (MSB #100968)
MARKOW WALKER, P.A.
*Counsel for Defendants*